```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/17/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DARRYL C. CARTER,

                      Plaintiff,

        - against -

KEECHANT L. SEWELL, et al.,

                      Defendants.
------------------------------------------------------------X

23-CV-01139 (JLR) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

       This Order addresses Plaintiff's motion at Dkt. 14 concerning his issues with the electronic filing system. The SDNY Help Desk is unable to approve a request for e-filing submitted through PACER if a case number is not included in the request. Plaintiff is instructed to re-submit his e-filing request on PACER by logging into his PACER account, selecting the Southern District of New York from the drop-down menu, selecting the "request e-filing privileges" option through the Maintenance tab, and selecting the "pty" (party) link to access the electronic request form. The case number of this case (23-CV-01139) *must* be included on the form. If there is not a designated field for a case number, Plaintiff may enter the case number in the "party information" field or any other field on the form. The Help Desk will approve the e-filing request once it is received as long as it contains the correct case number.

       Should Plaintiff still experience issues e-filing in this case, he may call the Help Desk at (212) 805-0800 ext. 2 or PACER support at 800-676-6856.

       The Clerk of Court is respectfully requested to terminate the motion at Dkt. 14, mail a copy of this order to the pro se plaintiff, and note the mailing on the docket.

1

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: March 17, 2023
       New York, New York