```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
DARRYL C. CARTER,                              :    23-CV-01139 (JLR) (RWL)
                        Plaintiff,             :
                                               :
        - against -                            :    ORDER
                                               :
KEECHANT L. SEWELL, ET AL.,                    :
                                               :
                        Defendants.            :
---------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Plaintiff's application at Dkt. 27 to proceed *in forma pauperis* for the purpose of an appeal is denied because under 28 U.S.C. § 1915(a)(3) any appeal from this order would not be taken in good faith. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45, 82 S. Ct. 917, 920-21 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: April 18, 2023
       New York, New York