USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/7/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DARRYL C. CARTER,                                    :        23-CV-1139 (JLR) (RWL)
                                                     :
                Plaintiff,                          :
                                                     :
       - against -                                  :        **ORDER**
                                                     :
KEECHANT L. SEWELL, et al,                           :
                                                     :
                Defendants.                         :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

     Plaintiff's request for a stay of this Court's order granting Defendants additional time to respond to the Complaint is DENIED as frivolous. As stated in the Court's order at Dkt. 35, the matter has been duly referred to me for general pretrial purposes pursuant to Dkt. 15. *See* 28 U.S.C. 636(b)(1)(A).

                                              SO ORDERED.

                                           _____
                                           ROBERT W. LEHRBURGER
                                           UNITED STATES MAGISTRATE JUDGE

Dated: June 7, 2023
       New York, New York