USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/25/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DARRYL C. CARTER,  :  23-CV-1139 (JLR) (RWL)
  :
            Plaintiff,  :
  :
  - against -  :  **ORDER**
  :
KEECHANT L. SEWELL, et al,  :
  :
           Defendants.  :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    Plaintiff's motion for default at Dkt. 55 is denied. The Court previously has extended the time for Defendants to respond to the complaint, and their motion to dismiss is not due to be filed until September 18, 2023. (*See* Dkts. 51, 54.)

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: August 25, 2023
      New York, New York

Copies transmitted this date to all counsel of record. The Clerk's Office is respectfully directed to mail a copy of this Order to Plaintiff pro se and note service on the docket:

Darryl Chadwich Carter
1734 Webster Avenue
Bronx, NY 10457