UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DARRYL C. CARTER,

                  Plaintiff,

-against-

KEECHANT L. SEWELL, et al.,

                  Defendants.

1:23-cv-01139 (JLR) (RWL)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

    Plaintiff's motion for default (*see* ECF No. 57) is hereby DENIED. When denying Plaintiff's initial motion for default, the Magistrate Judge already correctly stated that the Court extended the time for Defendants to respond to the Complaint, and that Defendants' motion to dismiss the Complaint is not due until September 18, 2023. *See* ECF No. 56. Defendants are therefore not in default, and Plaintiff's motion is wholly without merit.

Dated: August 28, 2023
       New York, New York

                                                SO ORDERED.

                                                JENNIFER L. ROCHON
                                                United States District Judge