USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/11/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DARRYL C. CARTER,                                :       23-CV-1139 (JLR) (RWL)
                                                 :
                        Plaintiff,               :
                                                 :
        - against -                              :       **ORDER**
                                                 :
KEECHANT L. SEWELL, et al,                       :
                                                 :
                        Defendants.              :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Since November 23, 2023, Plaintiff has filed at least seven "notices" that are procedurally improper and consist of subject matter that is irrelevant to the complaint. Such filings unnecessarily congest the docket and result in time expended by the Court that would otherwise be devoted to other matters. Accordingly, Plaintiff shall not file any further documents that are not directly related to a procedurally proper motion or event. If Plaintiff continues to file frivolous and/or extraneous material, the Court will withdraw Plaintiff's electronic access to ECF.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: December 11, 2023
       New York, New York

Copies transmitted this date to all counsel of record. The Clerk's Office is respectfully directed to mail a copy of this Order to Plaintiff pro se and note service on the docket:

Darryl Chadwich Carter
1734 Webster Avenue
Bronx, NY 10457