```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/12/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DARRYL C. CARTER,                              :           23-CV-1139 (JLR) (RWL)
                                               :
                Plaintiff,              :
                                               :
       - against -                            :           **ORDER**
                                               :
KEECHANT L. SEWELL, et al,                     :
                                               :
                Defendants.             :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On November 20, 2023, Defendants filed motions to dismiss the complaint. (*See* Dkts. 85-89). Between November 23 and December 9, 2023, Plaintiff filed several documents for which the ECF entries reference the Defendants' motions to dismiss but the actual filings of which do not address the motions. Accordingly, if Plaintiff wishes to respond to the motions to dismiss, he shall do so no later than January 2, 2024. Plaintiff's failure to submit a response to the motions by that time may alone be a basis for dismissal.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: December 12, 2023
       New York, New York

Copies transmitted this date to all counsel of record. The Clerk's Office is respectfully directed to mail a copy of this Order to Plaintiff pro se and note service on the docket:

Darryl Chadwich Carter
1734 Webster Avenue
Bronx, NY 10457

2