**MANDATE**

S.D.N.Y. – N.Y.C.
23-cv-1139
Rochon, J.
Lehrburger, M.J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 25th day of March, two thousand twenty-four.

Present:
> José A. Cabranes,
> Richard C. Wesley,
> Alison J. Nathan,
> > *Circuit Judges*.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Apr 22 2024

_____

Darryl Chadwich Carter,

> *Plaintiff-Appellant*,

v.                                                                                                  23-7662

Keechant Sewell, Police Commissioner New York City Police Department, Kathy Hochul, Governor of New York State, Letitia James, Attorney General of New York State,

> *Defendants-Appellees*.

_____

Appellant, pro se, moves for leave to proceed in forma pauperis. This Court has determined sua sponte that it lacks jurisdiction over this appeal because the district court has not issued a final order as contemplated by 28 U.S.C. § 1291, nor has it issued an order granting or denying an injunction as contemplated by 28 U.S.C. § 1292(a)(1). *See Petrello v. White*, 533 F.3d 110, 113 (2d Cir. 2008); *Austin v. Altman*, 332 F.2d 273, 275 (1964). Accordingly, it is hereby ORDERED that the appeal is DISMISSED for lack of jurisdiction. It is further ORDERED that Appellant's motion is DENIED as moot.

> FOR THE COURT:
> Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 04/22/2024